Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:  Case No.:  10–18956 TJC     Chapter:  13**

Carolyn Yvonne Johnson
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 8/18/10.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 8/18/10

                        Mark D. Sammons, Clerk of Court
                        by Deputy Clerk, E Devine410–962–4076